UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, INDIVIDUALLY, CINDY LOUKA P.P.A. TERIZA SHEHATOU and SALLY LOUKA P.P.A. TERIZA SHEHATOU<br>PLAINTIFFS<br><br>VS.<br><br>CHERYL L. SCHARDT, JAY A. HOPKINS, P. KEYBURN HOLLISTER, JOHN R. GOBEL, ALLSTATE INSURANCE COMPANY and COMMERCE INSURANCE COMPANY<br>DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 05-30195 KPN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for P. KEYBURN HOLLISTER and JOHN R. GOBEL, defendants in the above-referenced action.

                P. KEYBURN HOLLISTER &
                JOHN R. GOBEL
                BY THEIR ATTORNEY:

                _____
                Thomas W. Beliveau, Esquire
                Fuller, Rosenberg, Palmer & Beliveau, LLP
                340 Main Street, Suite 817
                Worcester, MA 01608
                (508) 751-5121
                BBO#548001

September 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the parties to this action by mailing a copy thereof, first class, postage prepaid, to the following counsel of record:

Chris S. Dodig, Esquire
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247

Ms. Cheryl L. Schardt
12 Meadow Road
Bolton, CT 06043

Mr. Jay A. Hopkins
20 John Street
Pittsfield, MA 01201

John F. Hurley, Jr., Esquire
446 Main Street
Worcester, MA 01608

_____
Thomas W. Beliveau, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5121
BBO#548001

September 14, 2005