AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

TERIZA SHEHATOU, INDIVIDUALLY, CINDY LOUKA P.P.A.
TERIZA SHEHATOU AND SALLY LOUKA P.P.A. TERIZA SHEHATOU

**SUMMONS IN A CIVIL CASE**

V.

CHERYL L. SCHARDT, JAY A. HOPKINS, P. KEYBURN HOLLISTER,
JOHN R. GOBEL, ALLSTATE INSURANCE COMPANY AND COMMERCE
INSURANCE COMPANY

CASE   05-30195-KPN

TO: (Name and address of Defendant)  Cheryl L. Schardt
12 Meadow Road
Bolton, Tolland County, CT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chris S. Dodig, Esq.
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA  01247

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_September 1, 2005_

CLERK                                                                  DATE

Mary Finn

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>  DATE  9/11/2005

NAME OF SERVER *(PRINT)* John F. Audette   TITLE Connecticut State Marshal

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 12 Meadow Road Bolton, Connecticut 06043

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ✓ | $51.20 | $51.20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/11/2005
           Date            Signature of Server

8 Meadow Road Bolton CT 06043
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.