AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

TERIZA SHEHATOU, INDIVIDUALLY, CINDY LOUKA P.P.A.
TERIZA SHEHATOU AND SALLY LOUKA P.P.A. TERIZA SHEHATOU

**SUMMONS IN A CIVIL CASE**

V.

CHERYL L. SCHARDT, JAY A. HOPKINS, P. KEYBURN HOLLISTER,
JOHN R. GOBEL, ALLSTATE INSURANCE COMPANY AND COMMERCE
INSURANCE COMPANY

CASE  05-30195-KPN

TO: (Name and address of Defendant)  P. Keyburn Hollister
106 Wendell Avenue
Pittsfield, Berkshire County, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chris S. Dodig, Esq.
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA   01247

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

September 1, 2005

CLERK

DATE

By DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |

**Office of the Sheriff** • 467 Cheshire Road • Pittsfield, MA 01201 • (413) 443-6841

*Berkshire, ss.* September 12, 2005

I hereby certify and return that on 9/12/2005 at 10:03 AM I served a true and attested copy of the Summons & Complaint, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to P. Keyburn Hollister at 106 Wendell Avenue, Pittsfield, MA 01201. Attestation ($5.00), Conveyance ($1.50), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($22.70) Total Charges $60.20.

Deputy Sheriff, Antonio J. Marcella

*Deputy Sheriff*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.