AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

TERIZA SHEHATOU, INDIVIDUALLY, CINDY LOUKA P.P.A.
TERIZA SHEHATOU AND SALLY LOUKA P.P.A. TERIZA SHEHATOU

V.

CHERUL L. SCHARDT, JAY A. HOPKINS, P. KEYBURN HOLLISTER,
JOHN R. GOBEL, ALLSTATE INSURANCE COMPANY AND COMMERCE
INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE  05-30195-KPN

TO: (Name and address of Defendant)

Commerce Insurance Company
211 Main Street
Webster, Worcester County, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chris S. Dodig, Esq.
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA  01247

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK   /s/ Mary Finn

(By) DEPUTY CLERK

September 1, 2005

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
Worcester, ss

09/15/2005

I hereby certify and return that on 09/15/2005 at 11:05am I served a true and attested copy of the Summons and Complaint, Exhibit A, B, C, Civil Action Cover Sheet in this action in the following manner: To wit, by delivering in hand to DOROTHY CLIFFORD, agent, person in charge at the time of service for COMMERCE INSURANCE COMPANY at 11 GORE RD, WEBSTER, MA. Fees: Service 30.00, Travel 20.48, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $60.98

Deputy Sheriff Paul R Almstrom

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
 Date    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.