UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:05-cv-30195-KPN

TERIZA SHEHATOU, INDIVIDUALLY,
CINDY LOUKA P.P.A. TERIZA
SHEHATOU AND SALLY LOUKA
P.P.A. TERIZA SHEHATOU

VS

CHERYL L. SCHARDT, JAY A.
HOPKINS, P. KEYBURN HOLLISTER,
JOHN R. GOBEL, ALLSTATE
INSURANCE COMPANY and
COMMERCE INSURANCE COMPANY

<u>CERTIFICATION</u>
L.R. 16.1 (D)(3)

    We certify that Allstate Insurance Company, Insurer of Cheryl L. Schardt, and its counsel at Milton, Laurence and Dixon have conferred to establish a budget for the full litigation of the above captioned matter, as well as a budget for the various alternatives.

    Further, Allstate Insurance Company, Insurer of Cheryl L. Schardt, and its counsel have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR or trial.

                                    Respectfully submitted,
                                    Cheryl L. Schardt
                                    By her attorneys,

                                  _/s/ Gerard R. Laurence
                                  Gerard R. Laurence, Esquire
On behalf of the Defendant,   Milton, Laurence & Dixon
Allstate Insurance Company,    100 Front Street, Suite 1510
Insurer of Cheryl L. Schardt   Worcester, MA  01608
                                    508-791-6386
BY:_/s/ Robert Taylor_____   BBO # 288220
Robert Taylor