UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, INDIVIDUALLY, )<br>CINDY LOUKA P.P.A. TERIZA )<br>SHEHATOU AND SALLY LOUKA )<br>P.P.A. TERIZA SHEHATOU, )<br>    Plaintiffs )<br>)<br>v. )<br>) Docket No. 05-30195-KPN<br>CHERYL L. SCHARDT, JAY A. )<br>HOPKINS, P. KEYBURN HOLLISTER, )<br>JOHN R. GOBEL, ALLSTATE )<br>INSURANCE COMPANY and )<br>COMMERCE INSURANCE COMPANY, )<br>    Defendants ) | |

## AFFIDAVIT OF COMPLIANCE

I, Buffy D. Lord, do hereby depose and swear as follows:

1. I am an attorney licensed to practice law in Massachusetts and am an associate in the law firm of Donovan & O'Connor, LLP, with offices at 1330 Mass MoCA Way, North Adams, Massachusetts 01247.

2. Donovan & O'Connor, LLP, represents the plaintiffs, Teriza Shehatou, Cindy Louka and Sally Louka, in the above-captioned matter.

3. On or about September 13, 2005, the plaintiffs' counsel requested service on defendant Jay A. Hopkins to be made pursuant to G.L. c. 90, § 3B upon the Registrar of Motor Vehicles.

4. On or about September 26, 2005, service was made upon the Registrar of Motor Vehicles.

5.     On or about October 3, 2005, plaintiffs' counsel sent notice of the service upon the Registrar of Motor Vehicles and copies of the summons and complaint to defendant Jay A. Hopkins by certified mail, return receipt requested, in accordance with G.L. c. 90, § 3C. See attached copy of certified return receipt.

I hereby certify that the foregoing document is being filed within the designated time or by leave of the Regional Administrative Justice.

Signed under the pains and penalties of perjury this 14th day of October, 2005.

_____
Buffy D. Lord

BDL:lac:smg

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here — North Adams, MA 01247

Sent To: MR JAY A HOPKINS
Street, Apt. No.; or PO Box No.: 20 JOHN STREET
City, State, ZIP+4: PITTSFIELD MA 01201

Article Number: 7004 1160 0005 1911 4321

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Jay A. Hopkins
20 John Street
Pittsfield, MA  01201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Karen Greener*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Karen Greener
C. Date of Delivery: 10/7

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0005 1911 4321

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540