UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, INDIV. ) | |
| CINDY LOUKA PPA, TERIZA ) | CIVIL ACTION |
| SHEHATOU AND SALLY LOUKA, PPA ) | No: 05-30195 KPN |
| TERIZA SHEHATOU ) | |
|     PLAINTIFFS ) | |
| Vs ) | |
| ) | |
| CHERYL L. SCHARDT, JAY A. ) | |
| HOPKINS, P. KEYBURN HOLLISTER, ) | |
| JOHN R. GOBEL, ALLSTATE ) | |
| INSURANCE COMPANY AND ) | |
| COMMMERCE INSURANCE COMPANY ) | |
|     DEFENDANTS ) | |

### DEFENDANT COMMERCE INSURANCE CO., INC.'S
### MOTION TO STAY PROCEEDINGS

Now comes the Defendant, Commerce Insurance Co., Inc., and moves this Court for an Order staying all proceedings relative to Defendant Commerce, including any discovery as to Defendant Commerce until the underlying tort claim is finally adjudicated.

In support of this motion, Defendant Commerce, relies upon its brief in support which is attached hereto.

_____
Attorney for the Defendant
Commerce Insurance Co., Inc.
John F. Hurley, Jr., Esquire
Pojani Hurley Ritter & Salvidio
446 Main Street
Worcester, MA 01608
(508) 798-2480
BBO # 245200

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I served a copy of the within Motion to Stay Proceedings upon Chris S. Dodig, Esquire, Donovan & O'Connor, LLP, 1330 Mass. MoCA Way, North Adams, MA 01247 and upon Thomas W. Beliveau, Esquire, Fuller Rosenberg Palmer & Beliveau, 340 Main Street, Worcester, MA 01608, Gerard R. Laurence, Esquire, Milton, Laurence & Dixon, 100 Front Street, Worcester, MA 01608 by mailing same postage prepaid.

/s/ John F. Hurley, Jr.
John F. Hurley, Jr., Esquire

F:\data11\sheatou motion.doc