UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, INDIVIDUALLY, )<br>CINDY LOUKA P.P.A. TERIZA )<br>SHEHATOU AND SALLY LOUKA )<br>P.P.A. TERIZA SHEHATOU, )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>CHERYL L. SCHARDT, JAY A. )<br>HOPKINS, P. KEYBURN HOLLISTER, )<br>JOHN R. GOBEL, ALLSTATE )<br>INSURANCE COMPANY and )<br>COMMERCE INSURANCE COMPANY, )<br>    Defendants ) | Civil Action No. 05-30195-KPN |

## PLAINTIFFS' OPPOSITION TO COMMERCE INSURANCE CO., INC.'S MOTION TO STAY PROCEEDINGS

NOW COMES the plaintiffs Teriza Shehatou, Cindy Louka and Sally Louka and hereby oppose defendant Commerce Insurance Co., Inc.'s Motion to Stay Proceedings.

In support of this motion, plaintiffs rely upon their memorandum in support which is attached hereto.

Dated: _10-01-05_

CERTIFICATE OF SERVICE

I hereby certify that on _11-01-05_, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to all counsel of record.

JAC:jll

PLAINTIFFS

By their attorney,

_____
Chris S. Dodig, BBO No. 556628
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel No. (413) 663-3200;
Fax No. (413) 663-7970