AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

TERIZA SHEHATOU, INDIVIDUALLY, CINDY LOUKA P.P.A.
TERIZA SHEHATOU AND SALLY LOUKA P.P.A. TERIZA SHEHATOU

**SUMMONS IN A CIVIL CASE**

V.

CHERYL L. SCHARDT, JAY A. HOPKINS, P. KEYBURN HOLLISTER,
JOHN R. GOBEL, ALLSTATE INSURANCE COMPANY AND COMMERCE
INSURANCE COMPANY

CASE 05-30195-KPN

```
000029-1.3.1 10/04/05 12:24
 1 FOREIGN WRIT            23.00
 1 MILEAGE                  8.10
REF SHERIFF # 604520
CASE TOTAL                 31.10 *
         TOTAL             31.10 TL
CHECK 1                    31.10
CASHIER: DENISE
```

TO: (Name and address of Defendant)  Allstate Insurance Company
2775 Sanders Road, Suite H1A
Northbrook, Cook County, IL

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chris S. Dodig, Esq.
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                September 1, 2005

CLERK                                             DATE

_Mary Finn_

BY DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SHERIFF'S NUMBER 604520-001D  CASE NUMBER 0530195KPN    DEPUTY: **S. DAVIS # 3980**

FILED DT 09-01-2005 RECEIVED DT 10-04-2005 DIE DT 10-18-2005 MULTIPLE SERVICE  1
DEFENDANT                                    ATTORNEY
ALLSTATE INSURANCE COMPANY                   CHRIS S.DODIG,ESQ./DONOVAN & O
2775  SANDERS RD                             1330 MASS MOCA WAY
NORTHBROOK IL. 60062                         NORTH ADAMS MA. 01247
SUITE H1A                                    413 663-3200
PLAINTIFF TERIZA SHEHATOU                                    **FOREIGN**

SERVICE INFORMATION: CF

*******************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
X....3 SERVICE ON:  CORPORATION _____ COMPANY X BUSINESS _____ PARTNERSHIP ___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  MICHAEL F. SHEAHAN, SHERIFF, BY: _____S Davis 3980_____, DEPUTY

    1 SEX  M  M/F   RACE  W   AGE  42
    2 NAME OF DEFENDANT ALLSTATE INSURANCE COMPANY
      WRIT SERVED ON A/P James Reinfranck
      THIS  6  DAY OF  Oct , 20 05  TIME 10:10 A.M./P.M.

ADDITIONAL REMARKS _____

*******************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG  Office                        ATTEMPTED SERVICES

NEIGHBORS NAME _____       DATE      TIME A.M./P.M.
                                        10/6     10:10  AM 3980
    ADDRESS   _____        ___       __:__ ___

        REASON NOT SERVED:
                     07 EMPLOYER REFUSAL   ___       __:__ ___
___ 01 MOVED         08 RETURNED BY ATTY   ___       __:__ ___
___ 02 NO CONTACT    09 DECEASED
___ 03 EMPTY LOT     10 BLDG DEMOLISHED    ___       __:__ ___
___ 04 NOT LISTED    11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS 12 OTHER REASONS      ___       __:__ ___
___ 06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                           ___       __:__ ___

FEE    .00   MILEAGE    .00  TOTAL    .00                  SG20