UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TERIZA SHEHATOU, INDIV.                )
CINDY LOUKA PPA, TERIZA                )
SHEHATOU AND SALLY LOUKA, PPA )
TERIZA SHEHATOU,                       )
                 Plaintiffs     )
                           )
          v.                           )     Civil Action No.  05-30195-KPN
                           )
                           )
CHERYL L. SCHARDT, JAY A.              )
HOPKINS, P. KEYBURN HOLLISTER,         )
JOHN R. GOBEL, ALLSTATE                )
INSURANCE COMPANY AND                  )
COMMERCE INSURANCE COMPANY )
             Defendants     )

SCHEDULING ORDER
November 3, 2005

NEIMAN, U.S.M.J.

      The following schedule was established at the initial scheduling conference this

day:

      1.      The parties shall complete their automatic disclosures by November 15,

2005.

      2.      Interrogatories and requests for production of documents shall be served

by February 15, 2006.

      3.      Depositions, excluding those of medical witnesses and experts, shall be

completed by May 30, 2006.

      4.      Counsel shall appear for a case management conference on May 30,

2006, at 10:00 a.m. in Courtroom Three.

5.    Plaintiffs shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by June 1, 2006.

6.    Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by June 30, 2006.

7.    All medical witness and expert depositions shall be completed by August

15, 2006.

IT IS SO ORDERED.

DATED: November 3, 2005

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge