UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, INDIVIDUALLY, ) <br> CINDY LOUKA p.p.a. TERIZA ) <br> SHEHATOU and SALLY LOUKA p.p.a. ) <br> TERIZA SHEHATOU, ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> CHERYL L. SCHARDT, JAY A. ) <br> HOPKINS, P.KEYBURN HOLLISTER, ) <br> JOHN R. GOBEL, ALLSTATE ) <br> INSURANCE COMPANY and ) <br> COMMERCE INSURANCE COMPANY, ) <br>     Defendants ) | Docket No. 05-30195-KPN |

## PLAINTIFFS RULE 16.1(3) CERTIFICATION

Plaintiffs counsel, Chris S. Dodig, hereby certifies that he has conferred with his clients with regard to the expected budget for the costs of conducting the present litigation and with regard to the alternative dispute resolution options available.

Date: November _____, 2005

                                                                  For the Plaintiffs,

                                                                  Chris S. Dodig, Esq.
                                                                  BBO No. 556628
                                                                  For Donovan & O'Connor, LLP
                                                                  1330 Mass MoCA Way
                                                                  North Adams, MA 01247
                                                                  Tel. (413) 663-3200
                                                                  Fax (413) 663-7970

CSD:klk