UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, Individually,<br>CINDY LOUKA ppa TERIZA SHEHATOU,<br>and SALLY LOUKA ppa<br>TERIZA SHEHATOU,<br>            Plaintiffs<br><br>vs.<br><br>CHERYL L. SCHARDT, JAY A. HOPKINS,<br>P. KEYBURN HOLLISTER, JOHN R. GOBEL,<br>ALLSTATE INSURANCE COMPANY and<br>COMMERCE INSURANCE COMPANY,<br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NUMBER: 3:05-CV-30195-KPN<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS, CHERYL L. SCHARDT AND JAY A. HOPKINS' RULE 16.1(3) CERTIFICATION

Defendants' Counsel, Kevin G. Murphy, hereby certifies that he has conferred with his clients with regard to the expected budget for the costs of conducting the present litigation and with regard to the alternative dispute resolution options available.

                              THE DEFENDANTS,
                              Cheryl Schardt and Jay A. Hopkins,
                              By Their Attorney

                              _/s/ Kevin G. Murphy_
                              Kevin G. Murphy, Esquire
                              Pessolano, Dusel, Murphy & Casartello, PC
                              115 State Street, Fifth Floor
                              Springfield, MA 01103
                              (413) 781-4700
                              (413) 781-0471 (fax)
                              BBO No. 363110

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, Esquire, hereby certify that on this date, I caused the foregoing document to be served upon the other party (ies) in this action by mailing a copy of same, first class mail, postage prepaid to:

Chris S. Dodig, Esq.
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247

Gerard R. Laurence, Esq.
Milton, Laurence & Dixon
100 Front Street - Suite 1510
Worcester, MA 01608

Thomas W. Beliveau, Esq.
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street
Worcester, MA 01608

John F. Hurley, Jr., Esq.
MacCarthy, Pojani & Hurley, LLP
446 Main Street
Worcester, MA 01608

Dated: November 15, 2005

_____
Kevin G. Murphy, Esq.