UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, INDIV. ) | |
| CINDY LOUKA PPA, TERIZA ) | CIVIL ACTION |
| SHEHATOU AND SALLY LOUKA, PPA ) | No: 05-30195 KPN |
| TERIZA SHEHATOU ) | |
| PLAINTIFFS ) | |
| Vs ) | |
| ) | |
| CHERYL L. SCHARDT, JAY A. ) | |
| HOPKINS, P. KEYBURN HOLLISTER, ) | |
| JOHN R. GOBEL, ALLSTATE ) | |
| INSURANCE COMPANY AND ) | |
| COMMERCE INSURANCE COMPANY ) | |
| DEFENDANTS ) | |

**CERTIFICATION BY DEFENDANT COMMERCE INSURANCE
CO., INC. PURSUANT TO L.R. 16.1(D) (3)**

The Defendant Commerce Insurance Co., Inc. and its counsel hereby certify to this court that the defendant and its counsel have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)   to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Counsel for Defendant
Commerce Insurance Co., Inc.

_____
John F. Hurley, Jr., Esq.
Pojani Hurley Ritter &
  Salvidio, LLP
446 Main Street
Worcester, MA 01608
(508) 798-2480
BBO # 245200

_____
James Marino, Claims Adjuster
Commerce Insurance Co., Inc.
211 Main Street
Webster, MA 01570

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I served a copy of the within Certification of Commerce Insurance Co., Inc. upon Chris S. Dodig, Esquire, Donovan & O'Connor, LLP, 1330 Mass. MoCA Way, North Adams, MA 01247, Thomas Beliveau, Esquire, Fuller, Rosenberg, Palmer & Beliveau, 340 Main Street, Worcester, MA 01608, Gerard S. Laurence, Esquire, Milton Laurence & Dixon, 100 Front Street, Worcester, MA 01608 and upon Kevin G. Murphy, Esquire, Pessolano, Dusel, Murphy & Casartello, 115 State Street, Springfield, MA 01103 by mailing a copy of the same, postage prepaid.

_____
John F. Hurley, Jr., Esquire

F:\data2\sh\VCOM.CERT.doc