UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, INDIV. )<br>CINDY LOUKA PPA, TERIZA )<br>SHEHATOU AND SALLY LOUKA, PPA )<br>TERIZA SHEHATOU, )<br>                    Plaintiffs )<br>                    )<br>                    )<br>       v.                   )<br>                    )<br>                    )<br>CHERYL L. SCHARDT, JAY A. )<br>HOPKINS, P. KEYBURN HOLLISTER )<br>INSURANCE COMPANY AND )<br>COMMERCE INSURANCE COMPANY, )<br>                  Defendants ) | Civil Action No.  05-30195-KPN |

<u>SCHEDULING ORDER</u>
June 1, 2006

NEIMAN, U.S.M.J.

      The following schedule was established at the case management conference held May 30, 2006:

1. Depositions, excluding those of medical witnesses and experts, shall be completed by July 31, 2006.

2. Plaintiffs shall designate and disclose information regarding their trial experts as required by Fed. R. Civ. P. 26(a)(2) by August 1, 2006.

3. Defendants shall designate and disclose information regarding their trial experts as required by Fed. R. Civ. P. 26(a)(2) by September 1, 2006.

4. All medical witness and expert depositions shall be completed by October 13, 2006.

5.  Motions for Summary Judgment shall be filed by September 15, 2006, to which oppositions may be filed by September 29, 2006.

6.  Trial is scheduled for December 4, 2006, at 9:00 a.m. Counsel shall appear for a final pretrial conference on November 28, 2006, at 2:00 p.m. in Courtroom Three. Pretrial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this day.

IT IS SO ORDERED.

<u>June 1, 2006</u>                                              /s/ Kenneth P. Neiman
Dated                                                                    KENNETH P. NEIMAN
                                                                               U.S. Magistrate Judge