**PLAINTIFF'S PROPOSED SPECIAL QUESTIONS TO JURY**

**SHEHATOU v. GOBEL AND HOPKINS**

QUESTION #1

Was the defendant, John Gobel, negligent in the operation of the motor vehicle he was driving on May 21, 2003 in Pittsfield, Massachusetts?

Yes_____, No_____

(PLEASE CHECK ONE)

Please proceed to Question #2.

_____

QUESTION #2

Was the defendant, Jay Hopkins, negligent in the operation of the motor vehicle he was driving on May 21, 2003 in Pittsfield, Massachusetts?

Yes_____, No_____

(PLEASE CHECK ONE)

If you answered either Question #1 or #2 "YES" please proceed to Question #3.  If you answered both "NO", your deliberations are complete.

_____

QUESTION #3

Was the negligence of John Gobel a substantial cause, in whole or in part, of any injury and damage sustained by the plaintiff, Teriza Shehatou?

Yes_____, No_____

(PLEASE CHECK ONE)

Please proceed to Question #4.
_____

## QUESTION #4

Was the negligence of Jay Hopkins a substantial cause, in whole or in part, of any injury and damage sustained by the plaintiff, Teriza Shehatou?

                                                             Yes_____, No_____

(PLEASE CHECK ONE)

If your answer to either or both of Questions #3 or #4 was "YES," please proceed to Question #5. If your answer to both Questions #3 and #4 were "NO," your deliberations are complete.

## QUESTION #5

What sum of money will reasonably compensate Teriza Shehatou for the injuries and damages sustained by her?

_____
(Please use words in answering Question #5. Do not use numerals)

CSD:MGR