UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS


| | |
|---|---|
| TERIZA SHEHATOU, INDIVIDUALLY, ) <br> CINDY LOUKA p.p.a. TERIZA ) <br> SHEHATOU and SALLY LOUKA p.p.a. ) <br> TERIZA SHEHATOU, ) <br>     Plaintiffs ) <br> ) <br> ) <br>     v.                                       ) <br> ) <br> CHERYL L. SCHARDT, JAY A. ) <br> HOPKINS, P. KEYBURN HOLLISTER ) <br> and JOHN R. GOBEL, ) <br>     Defendants ) | Docket No. 05-30195-KPN |

PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

The plaintiffs request that this Court put the following question to the prospective jurors:

1.      Do any of you feel it is unfair to permit lawsuits for money damages and if so would your feelings about lawsuits for money damages affect your ability to decide this case based only on the evidence at trial?

2.      Do any of you think that there are too many lawsuits or that many lawsuits are frivolous and if so would this affect your ability to fairly decide this case based only on the evidence?

3.    Would any of you tend to favor one side or the other in this case without regard to

the evidence which may be presented?

Dated:  November 9, 2006


                                          Respectfully submitted,

                                          THE PLAINTIFFS

                                          By their attorney,



                                          /s/ Chris S. Dodig _____
                                          Chris S. Dodig
                                          BBO No. 556628
                                          Donovan & O'Connor, LLP
                                          1330 Mass MoCA Way
                                          North Adams, MA  01247
                                          Telephone:  (413) 663-3200
                                          Fax:          (413) 663-7970
CSD:MGR