UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, et al.,<br>                   Plaintiffs<br><br>      v.<br><br>CHERYL L. SCHARDT, et al.,<br>                   Defendants | Civil Action No. 05-30195-KPN |

### SETTLEMENT ORDER OF DISMISSAL
November 21, 2006

The court, having been advised on November 21, 2006, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                                            By the Court,

                                            /s/ Bethaney A. Healy
                                            Bethaney A. Healy
                                            Deputy Clerk