UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERIZA SHEHATOU, Individually, </br>CINDY LOUKA ppa TERIZA SHEHATOU, </br>and SALLY LOUKA ppa </br>TERIZA SHEHATOU, </br>    Plaintiffs </br></br>vs. </br></br>CHERYL L. SCHARDT, JAY A. HOPKINS, </br>P. KEYBURN HOLLISTER, JOHN R. GOBEL, </br>ALLSTATE INSURANCE COMPANY and </br>COMMERCE INSURANCE COMPANY, </br>    Defendants | ) </br>) </br>) </br>) </br>) </br>) </br>) CASE NUMBER: 3:05-CV-30195-KPN </br>) </br>) </br>) </br>) </br>) </br>) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a) (1) (ii) of the Massachusetts Rules of Civil Procedure, the parties hereto stipulate that the above action be dismissed, with prejudice, without cost or interest.

THE PLAINTIFF,
Teriza Shehatou,
By Her Attorney,

_____
Chris S. Dodig, Esq.
Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
(413) 663-3200
(413) 663-7970 (fax)
BBO No. 556628

THE DEFENDANTS,
Cheryl Schardt and Jay A. Hopkins,
By Their Attorney

_____
Kevin G. Murphy, Esq.
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110

| | |
|---|---|
| THE DEFENDANTS,<br>P. Keyburn Hollister and John R. Gobel,<br>By Their Attorney, | THE DEFENDANT,<br>Allstate Insurance Company,<br>By Its Attorney, |
| _____<br>Thomas W. Beliveau, Esq.<br>Fuller, Rosenberg, Palmer & Beliveau, LLP<br>340 Main Street - Suite 817<br>Worcester, MA 01608<br>(508) 755-5225<br>(508) 751-5155 (fax)<br>BBO No.: 548001 | _____<br>Gerard R. Laurence, Esq.<br>Milton, Laurence & Dixon<br>100 Front Street - Suite 1510<br>Worcester, MA 01608<br>(508) 791-6386<br>(508) 799-4879<br>BBO No.: 283220 |

THE DEFENDANT,
Commerce Insurance Company,
By Its Attorney

_____
John F. Hurley, Jr., Esq.
Pojani, Hurley, Ritter & Salvidio, LLP
446 Main Street - 21st Floor
Worcester, MA 01608
(508) 798-2480
(508) 797-9561
BBO No.: 24530